IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY G. COLEMAN,
ADC #102033                                                                                      PLAINTIFF

v.                                              4:05CV00569WRW/HLJ

LARRY NORRIS, et al.                                                                        DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss defendants Denise L. McGhee, Chad A. King, Yolonda C. Jones, Michael L. Dean, Kenneth D. Starks, Stephanie J. Jordan, Tiffany Compton, Crystal Wood, and Edwin Robinson (DE #61) is hereby GRANTED. Defendants have been contacted and indicate no opposition to plaintiff's motion.

IT IS SO ORDERED this 15th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE