IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY G. COLEMAN,                                                                                    PLAINTIFF
ADC #102033

VS.                                      CASE NO. 4:05CV00569 WRW

LARRY NORRIS, et al.                                                                           DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment is hereby GRANTED IN PART with respect to defendant Hobbs and the official capacity liability of the other defendants, and DENIED in all other respects.

SO ORDERED this 27th day of March, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE