IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY G. COLEMAN                                                                           PLAINTIFF
ADC # 102033

v.                                              4:05CV00569-WRW

LARRY NORRIS, *et al.*                                                                  DEFENDANTS

## ORDER

Pending are Plaintiff's Objections to the Proposed Finding and Recommended Proposal (Doc. No. 77).

The objections were filed on the same day that I entered an Order (Doc. No. 78). However, I have reviewed the Objections, Partial Report and Recommendations (Doc. No. 75), and the Order (Doc. No. 78). Plaintiff's Objections do not change the Court's analysis of summary judgment in favor of Defendant Hobbs. Plaintiff's request for a hearing on this matter is denied.

Accordingly, Plaintiff's Objections to the Proposed Finding and Recommended Proposal are DENIED. The Order (Doc. No. 78) remains in full effect.

IT IS SO ORDERED this 15th day of April, 2008.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE