IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY G. COLEMAN, ADC #102033                                                    PLAINTIFF

vs.                                          4:05CV00569-WRW

LARRY NORRIS, et al                                                             DEFENDANTS

### ORDER

Pursuant to the Final Scheduling Order, this case is set for a jury trial on Wednesday, November 12, 2008, at 9:00 a.m., Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom #4C, Little Rock, Arkansas, the Honorable William R. Wilson, Jr. presiding.

The Plaintiff has filed a Pretrial Disclosure Sheet. Pursuant to the Pretrial Disclosure Sheet, the Arkansas Department of Correction is directed to ensure the attendance of the plaintiff, Gary G. Coleman, ADC #102033, his institutional jacket and medical record at the trial on Wednesday, November 12, 2008 at 8:00 a.m. The Arkansas Department of Correction is directed to ensure the presence of their witnesses at trial.

The parties are requested to meet with the Court's Courtroom Deputy, Mary Johnson, at 8:15 a.m. on Wednesday, November 12, 2008, with their witness and exhibits lists. There will be a Pretrial Hearing with Judge Wilson at 8:30 a.m. and jury selection will begin at 9:00 a.m.

IT IS SO ORDERED this 5th day of November, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

prisonerwitness.Coleman.ord.wpd