IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY G. COLEMAN**                                                                        **PLAINTIFF**
**ADC. # 102033**

**v.**                    **4:05CV00569-WRW**

**LARRY NORRIS, DIRECTOR, ARKANSAS**
**DEPARTMENT OF CORRECTIONS, et al.**                        **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 95). Because the settlement proceeds have been paid in full, Plaintiff's Motion is GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 30th day of January, 2009.

                                                           /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE